DANIEL MALAKAUSKAS, *Cal. Bar. No.:* 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 702-344-3796 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Meryl Pomponio**

MELISSA T. DAUGHERTY, *Cal. Bar No. 227451*
STEPHEN E. ABRAHAM, *Cal. Bar No. 172054*
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: 213-250-1800/Fax:213-250-7900
Email: melissa.daugherty@lewisbrisbois.com;
Stephen.abraham@lewisbrisbois.com

Attorneys for Defendant: ***Taste of Angkor, LLC,***
***Mack Property Development, LLC, Maria Irene Perez,***
***and Sidhu and Sons, LLC***

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>     Plaintiff,<br><br> v.<br><br>**TASTE OF ANGKOR, LLC**, as an entity and doing business as "Taste of Angkor", **MACK PROPERTY DEVELOPMENT, LLC**, **MARIA IRENE PEREZ,** doing business as "Taqueria Cuco's", **SIDHU AND SONS LLC** doing business as "Papa Murphy's Pizza #05096", and DOES 1-50, Inclusive,<br><br>     Defendants. | Case No.:  **2:19-cv-02587-JAM-KJN**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  February 24th, 2023

/s/Daniel Malakauskas_____
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

Date:  February 24th, 2023

/s/Melissa T. Daugherty_____
By: Melissa T. Daugherty, of,
LEWIS, BRISBOIS, BISGAARD &
SMITH, LLP, Attorneys for Defendants,
***Taste of Angkor, LLC, Mack Property Development, LLC, Maria Irene Perez, and Sidhu and Sons, LLC***